**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1819

ALICE ANNETTE HOWELL; BURL ANDERSON HOWELL,

   Debtors - Appellants,

  v.

NUCAR CONNECTION, INC.; ALLY FINANCIAL, INC.; STATE OF DELAWARE,

   Creditors - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:17-cv-00536-BO)

Submitted: November 15, 2018         Decided: November 21, 2018

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alice A. Howell, Burl Anderson Howell, Appellants Pro Se. Pamela P. Keenan, KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, PA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice Annette Howell and Burl Anderson Howell appeal the district court's order denying their post-judgment motion. We previously affirmed the district court's order dismissing their appeal from two of the bankruptcy court's orders. *See Howell v. NuCar Connection, Inc.*, 736 F. App'x 416 (4th Cir. 2018). We also denied their motion asking us to vacate a subsequent order of the bankruptcy court. Appellants filed a copy of their motion in the district court, and the district court also denied it. We find no reversible error in the district court's denial. Accordingly, we affirm the district court's order. *See Doe v. Pub. Citizen*, 749 F.3d 246, 258-59 (4th Cir. 2014); *Howell v. NuCar Connection, Inc.*, No. 5:17-cv-00536-BO (E.D.N.C. July 12, 2018). We grant Appellants leave to proceed in forma pauperis and deny the pending motion to dismiss as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*